UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM RICHARD KALLINEN,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>Defendant. | Case No. 3:17-cv-5972-JCC-BAT<br><br>**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE** |

The Court grants Plaintiff's unopposed motion to extend the briefing schedule, Dkt. 8, and **ORDERS**:

1. Plaintiff's opening brief is due **June 6, 2018**;

2. Defendant's responsive brief is due **July 5, 2018**;

3. Plaintiff's optional reply brief is due **July 19, 2018**.

DATED this 2nd day of May, 2018.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE - 1