UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM RICHARD KALLINEN,

                    Plaintiff,

        v.

NANCY A. BERRYHILL, Acting Commissioner
of Social Security,

                    Defendant.

CASE NO. C17-5972-JCC

ORDER

The Court, after careful consideration of the Report and Recommendation of the

Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record,

does hereby find and ORDER:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is REVERSED and the case is REMANDED to the

   Social Security Administration for an immediate award of benefits.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

//

//

//

//

DATED this 21st day of August 2018.

JOHN C. COUGHENOUR
United States District Judge