UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM RICHARD KALLINEN, | CASE NO. C17-5972-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, Deputy Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion for attorney fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

Pursuant to the EAJA, Plaintiff is AWARDED attorney fees in the amount of $2,685.27, subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010). Pursuant to 28 U.S.C. § 1920, Plaintiff is AWARDED costs in the amount of $400.

The check or checks shall be mailed to Plaintiff's attorney's office: Kevin Kerr, P.O. Box 14490, Portland, OR 97293. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Plaintiff's attorney, Kevin Kerr, based upon Plaintiff's assignment of

these amounts to Plaintiff's attorney. (Dkt. Nos. 19-2, 19-3.) If Plaintiff has a debt, then the check for any remaining funds shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. (*See* Dkt. No. 19-3.)

DATED this 2nd day of November 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE