THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM KALLINEN, | CASE NO. C17-5972-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY BERRYHILL, Commissioner of Social Security, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's unopposed motion for attorney fees (Dkt. No. 21) pursuant to 42 U.S.C. § 406(b)(1):

> Whenever a court renders a judgment favorable to a claimant under this subchapter who was represented before the court by an attorney, the court may determine and allow as part of its judgment a reasonable fee for such representation, not in excess of 25 percent of the total past-due benefits.

42 U.S.C. § 406(b)(1). Plaintiff agreed to pay his attorney 25 percent of the total back-pay benefits if he prevailed on appeal. (Dkt. No. 21-1 at 1.) Plaintiff's appeal was successful and Plaintiff received $86,192 in back-pay benefits. (Dkt. No. 21-2 at 1.) Plaintiff now moves the Court to approve attorney fees in the amount of $17,028. (Dkt.

//
//

No. 21.) This amount is consistent with the statutory maximum and fee agreement. (Dkt. Nos. 21 at 4, 21-1.)

The Court finds that the total fee request is reasonable given the amount of time counsel expended on this case. Therefore, Plaintiff's motion for attorney fees (Dkt. No. 21) is GRANTED. The Court authorizes counsel to charge attorney fees in the amount of $17,028 in accordance with 42 U.S.C. § 406(b)(1). Counsel is DIRECTED to refund Plaintiff $2,685.27, the amount previously paid to counsel under the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Dkt. No. 21 at 2.)

DATED this 22nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE